UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Tracy Holmes

                Plaintiff,

v.                                Case No.: 1:16−cv−05649
                                        Honorable John Robert Blakey

Morton College

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 2, 2016:

      MINUTE entry before the Honorable John Robert Blakey: Before the Court is Plaintiff's complaint [1] on initial review, his application for leave to proceed in forma pauperis [4] and his motion for attorney representation [5]. Plaintiff's pleadings in this case are identical to the pleadings he filed in Case No. 16 C 5114, which the Court dismissed on 5/12/16. The same result applies here. In the previous case, the Court dismissed Plaintiff's complaint because it showed that Plaintiff had not filed a charge with the EEOC or the IDHR, a prerequisite to maintaining an employment discrimination lawsuit in federal court. That is true of the complaint submitted in this case as well. In the previous case, the Court denied Plaintiff's application for leave to proceed in forma pauperis and his motion for attorney representation because Plaintiff failed to demonstrate indigence. That is true here as well. Plaintiff's complaint [1] is dismissed, and his application for leave to proceed in forma pauperis [4] and motion for attorney representation [5] are both denied. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.